UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:10-CV-246-FL |
| ) | |
| PRINCESS KHADIRAH MAAT ) | |
| TUPAK EL-BEY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the plaintiff's motion to dismiss and remand and defendant's motion for preliminary injunction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 28, 2010, and for the reasons set forth more specifically therein, that the plaintiff's motion to remand is granted where the matter does not raise a question of federal law and jurisdiction is not proper under any of the removal statutes cited by defendant. This case is hereby remanded to the Harnett County Superior court. Based on the court's decision to remand this matter to the North Carolina state court, defendant's motion for preliminary injunction is denied as moot.

**This Judgment Filed and Entered on September 28, 2010, and Copies To:**

G. Patrick Murphy (via CM/ECF Notice of Electronic Filing)
Princess Khadirah Maat Tupak El-Bey (via U.S. Mail)
    573 Airport Road, Warrenton, NC 27589
Dianne Hatley, Harnett County Clerk of Superior Court (via U.S. Mail)
    301 W. Cornelius Harnett Blvd., Suite 100, Lillington, NC 27546

September 28, 2010        DENNIS P. IAVARONE, CLERK
                                 /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk